# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES HEARN,<br><br>              Petitioner,<br><br>      vs.<br><br>CALDERON, WARDEN,<br><br>              Respondent.<br>_____/ | CASE NO. 1: 03 CV 6000 AWI DLB HC<br><br>ORDER GRANTING PETITIONER'S REQUEST TO WITHDRAW SECOND AMENDED PETITION AND PROCEED ON FIRST AMENDED PETITION<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSIVE PLEADING TO FIRST AMENDED PETITION<br><br>[Doc. 9]<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on July 25, 2003. Petitioner filed an amended petition on October 3, 2003. By order of February 13, 2004, Respondent was directed to file a response. Respondent filed a motion to dismiss on April 19, 2004, based on the failure to exhaust Grounds Three, Four and Five. On June 7, 2004, the undersigned issued a Report and Recommendation recommending that the motion to dismiss be granted as it contained both exhausted and unexhausted claims. Petitioner filed objections to the Report and Recommendation and submitted a second amended petition omitting the unexhausted claims. By order of July 28, 2004, the undersigned ordered that the second amended petition be filed. On August 18, 2004, Petitioner filed objections on the ground that

1

the court did not grant a stay pending exhaustion in state court. On September 9, 2004, the Honorable Anthony W. Ishii issued an order adopting the Report and Recommendation and denied to issue a ruling on staying the petition as there had been no properly captioned request. The court ordered that any request for a stay to hold the petition in abeyance shall be filed within thirty days from the date of service of that order. On September 22, 2004, Petitioner filed a motion to stay the second amended petition while Grounds Three, Four, and Five are exhausted in the California Supreme Court. Respondent filed an opposition on September 30, 2004. Pursuant to the Court's October 15, 2004 order, this case was stayed pending exhaustion of at the state court.

The Court has granted Petitioner's requests to extend the stay. On July 22, 2005, Petitioner filed a motion to withdraw the second amended petition and proceed on the first amended petition as all of those claims have now been exhausted. Petitioner's request shall be granted and Respondent will be ordered to file a further response to the amended petition.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's request to withdraw the second amended petition is GRANTED and the second amended petition shall be STRICKEN from the record;

2. Within forty-five (45) days from the date of service of this order Respondent shall file a response to the first amended petition in accordance with the Court's February 13, 2004, order;

3. Within thirty (30) days from the date Respondent files its response, Petitioner may file an opposition or traverse as set forth in the Court's February 13, 2004; and

4. All other provisions set forth in the Court's February 13, 2004, remain in full force and effect.

IT IS SO ORDERED.

**Dated:   July 26, 2005**                  /s/ Dennis L. Beck
3b142a                                      UNITED STATES MAGISTRATE JUDGE