UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES HEARN,<br><br>    Petitioner,<br><br>    v.<br><br>ARTHUR CALDERON,<br><br>    Respondent. | 1:03-CV-6000<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #45) |

     Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 5, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Petitioner is GRANTED to and including October 23, 2005 to file a traverse.

     IT IS SO ORDERED.

     Dated:   October 6, 2005                   **/s/ Dennis L. Beck**
ah0l4d                                               UNITED STATES MAGISTRATE JUDGE