UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES HEARN,   )<br>  )<br>    Petitioner,   )<br>  )<br>    v.   )<br>  )<br>ARTHUR CALDERON,   )<br>  )<br>    Respondent.   )<br>_____ ) | 1:03-CV-6000 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #48) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 24, 2005, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is GRANTED to and including November 4, 2005 to file a traverse.

IT IS SO ORDERED.

**Dated:   October 27, 2005**                                  **/s/ Dennis L. Beck**
ah0l4d                                                                    UNITED STATES MAGISTRATE JUDGE