# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER HEARN, | ) | CV F 03-6000 AWI DLB HC |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY |
| v. | ) | |
| ARTHUR CALDERON, | ) | [Doc. 59] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Sandra L. Waite, Esq.

On April 12, 2007, the instant petition for writ of habeas corpus was denied on the merits and judgment was entered in favor of Respondent. (Court Docs. 56, 57.) On May 17, 2007, Petitioner filed a notice of appeal, along with a motion for an extension of time to file a certificate of appealability. (Court Docs. 58, 59.)

Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, a party must file a Notice of Appeal within thirty (30) days after the judgment or order appealed from is entered. Fed.R.App.P. 4(a). The district court may extend the time for filing a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; *and* (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause. Fed.R.App.P 4(a)(5)(I), (ii).

1    In his motion for an extension of time, Petitioner's counsel declares that in the past month she has had to travel for work and has been out of the office for two or three days each week, and due to computer malfunctions, she has been unable to access the on-line information. Counsel declares that she has begun the motion but needs additional time to research various issues and requests an extension to June 15, 2007.

GOOD CAUSE having been demonstrated, Petitioner's motion for an extension of time to file a certificate of appealability is GRANTED, and said document shall be filed on or before June 15, 2007.

IT IS SO ORDERED.

**Dated:   May 25, 2007**                         **/s/ Anthony W. Ishii**
                                                                    UNITED STATES DISTRICT JUDGE